UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
Warren Hercules,

                    Plaintiffs,                **DECLARATION OF SERVICE**

    -against-                         14 CV 1043

JP Morgan Chase Bank, NA,

                    Defendants.
-----------------------------------------------------------------------x


    I, Scott G. Cerbin, an attorney duly admitted to practice in the Southern District of New York, **declare under penalty of perjury** that on February 18, 2014 I served a true copy of the within **Summons and Complaint** upon the following parties via personal service:

1. Jacques Bienaise, Officer
   177 Montague Street
   Brooklyn, New York 11201

   The agent designated for such service.


Dated:      Brooklyn, New York
             March 12, 2014

                      Respectfully submitted,

                      SCOTT G. CERBIN, ESQ., PLLC
                      Counsel for the Plaintiff

                      /s/ Scott G. Cerbin
                      _____
                      By: Scott G. Cerbin (SC5508)
                      16 Court Street, Suite 2901
                      Brooklyn, NY 11241
                      (718) 596-1829